## LANDMAN CORSI BALLAINE & FORD P.C.
A NEW YORK PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

JAIME L. GREENBLATT
ASSOCIATE
TEL: (212) 238-4800
EMAIL: jgreenblatt@lcbf.com

120 BROADWAY
27TH FLOOR
NEW YORK, NY 10271-0079
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Gateway Center
Newark, NJ 07102
Tel: (973) 623-2700

1617 JFK Boulevard
Philadelphia, PA 19103
Tel: (215) 561-8540

June 3, 2014

*Via ECF*

Hon. Paul G. Gardephe
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 705
New York, New York 10007

  Re: *Julissa Lopez v. American Dental Arts, PLLC, et al*
    Case No. 14-CV-3324 (PGG)
    Our File No.: 844-3

Dear Judge Gardephe:

  We represent defendants American Dental Arts, PLLC, Elizabeth Polin, Val Polin, and Natalia Zemlyakova, a/k/a/ Natalie Zemlyakova (collectively, "Defendants") in the above-referenced action. Pursuant to Rules 1A and 1D of Your Honor's Individual Rules, the parties have agreed to extend Defendants' time to answer or otherwise move from June 5, 2014 through and including June 19, 2014. The parties have entered into this first extension of Defendants' time to answer in order to discuss the terms and parameters of a potential pre-answer mediation.

  A stipulation executed by the parties containing the aforementioned terms is submitted herewith.

              Respectfully submitted,

              Jaime L. Greenblatt

cc: Ronnie Silverberg

568861.1