UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JULISSA LOPEZ,

                     Plaintiff,                            **STIPULATION
                                                                        EXTENDING**

   - against -                                      **TIME TO RESPOND**

AMERICAN DENTAL ARTS, PLLC, ELIZABETH
POLIN, VAL POLIN, and NATALIA ZEMLYAKOVA,       14-3324 (PGG)
a/k/a NATALIE ZEMLYAKOVA,

                     Defendants.
------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys, that the time for defendants American Dental Arts, PLLC, Elizabeth Polin, Val Polin, and Natalia Zemlyakova, a/k/a Natalie Zemlyakova, to answer or otherwise move in the above-captioned action is extended to and through June 19, 2014.

       **IT IS HEREBY FURTHER STIPULATED AND AGREED** that either an original or an electronic copy of this stipulation shall be treated with the same force and effect.

Dated:     New York, New York
               June 2, 2014

| THE HARMAN FIRM, PC | LANDMAN CORSI BALLAINE & FORD P.C. |
|---|---|
| By: _____<br>Ronnie Silverberg<br>Attorneys for Plaintiff<br>1776 Broadway, Suite 2030<br>New York, New York 10019<br>(212) 425-2600 | By: _____<br>Daniel S. Moretti<br>Jaime L. Greenblatt<br>Attorneys for Defendants<br>120 Broadway, 27th Floor<br>New York, New York 10271-0079<br>(212) 238-4800 |

So Ordered:

_____
Paul J. Gardephe, U.S.D.J.

.::ODMA/PCDOCS/DOCSNY/568766/1